April 3, 1972

No. 72–5   Johnnie L. Goodman, Formerly PVT, U. S. Marine Corps v Secretary of the Navy, et al.

On consideration of the "Affidavit of Johnnie L. Goodman," construed by the Court as a Petition for Reconsideration of the Memorandum Opinion and Order of this Court issued in the above-entitled action on March 15, 1972 (21 USCMA 242, 45 CMR 16), it, by the Court, this 3d day of April 1972,

ORDERED:

That said Petition for Reconsideration be, and the same is hereby, denied.

June 12, 1972

No. 72–17   Raymond J. Stanten (Formerly Stankevicius), MAJ, U. S. Army v United States.

On consideration of petitioner's "Petition for Reconsideration of Dismissal of Appellant's Petition for Reconsideration or Petition for Writ of Error Coram Nobis or Other Extraordinary Relief Pursuant to 28 U.S.C. § 1651(a)" filed in the above-entitled action, it is, by the Court, this 12th day of June 1972,

ORDERED:

That said Petition for Reconsideration be, and the same is, hereby denied.

(Petition for Reconsideration or Petition for Writ of Error Coram Nobis or Other Extraordinary Relief Pursuant to 28 USC § 1651(a) dismissed in Memorandum Opinion and Order on June 1, 1972. 21 USCMA 431, 45 CMR 205).